Crawford Realty and Development Corporation, Appellee, v. Woodlawn Trust and Savings Bank, Trustee, et al., Appellees. W. F. Gallinger et al., Appellants.

Gen. No. 40,508.

Heard in first division, first district, this court at December term, 1938; opinion filed March 23, 1942; rehearing denied April 6, 1942. Tage Joranson, for appellants; Cummings & Wyman, for appellee Crawford Realty & Development Corporation; Austin L. Wyman, of counsel. Opinion by JUSTICE MATCHETT. "Not to be published in full."